UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SANDRA MCGURGAN | § § | |
| VS. | § § | CIVIL ACTION NO.: 23-CV-1147 |
| WAL-MART STORES TEXAS, LLC | § | JURY DEMANDED |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant, Wal-Mart Stores Texas, LLC files this Notice of Removal pursuant to 28 U.S.C. § 1441, as follows:

### Commencement and Service

1. On August 3, 2023, Plaintiff, Sandra McGurgan, commenced this action against Wal-Mart Stores Texas, LLC by filing Plaintiff's Original Petition in the 73rd Judicial District Court of Bexar County, Texas, Cause No. 2023CI15745; *Sandra McGurgan v. Wal-Mart Stores Texas, LLC*. A copy of Plaintiff's Original Petition is attached hereto as **Exhibit A**. Wal-Mart Stores Texas, LLC received service of process and Plaintiff's Original Petition on August 18, 2023. A copy of the Citation and Affidavit of Service is attached hereto as **Exhibit B**. Wal-Mart Stores Texas, LLC filed its Original Answer to Plaintiff's Original Petition on September 7, 2023, attached hereto as **Exhibit C** and its Demand for Jury Trial attached hereto as **Exhibit D.**

2. This notice of removal is filed within thirty days (30) of the receipt of the Plaintiff's Original Petition which discloses that this matter involves an amount in controversy that or which exceeds $75,000.00 and is timely filed under 28 U.S.C. § 1446(b). This notice of removal is filed within one year of the commencement of this action and is thus timely pursuant to 28 U.S.C. § 1446(b).

### Grounds for Removal

3.  Wal-Mart Stores Texas, LLC is entitled to remove the state court action to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 because this action is a civil action involving an amount in controversy exceeding $75,000.00 between parties with diverse citizenship. **See Exhibit A, Plaintiff's Original Petition at paragraph 6, wherein Plaintiff seeks monetary relief of over $200,000.00.**

### Diversity of Citizenship

4.  This is an action between parties with diversity of citizenship.

5.  Plaintiff is a citizen of Texas.

6.  Defendant Wal-Mart Stores Texas, LLC is a limited liability company formed under the laws of Delaware, with its principal place of business in Arkansas. The citizenship of an LLC is the same as the citizenship of all of its members. *Harvey v. Grey Wolf Drilling, Co.*, 542 F.3d 1077, 1080 (5th Cir. 2008). The sole member of Wal-Mart Stores Texas, LLC is Wal-Mart Real Estate Business Trust. Wal-Mart Real Estate Business Trust is a Delaware statutory trust with its principal place of business in Arkansas. The citizenship of a statutory trust is the citizenship of its members, which includes its shareholders. *Americold Realty Tr. v. Conagra Foods, Inc.*, 136 S. Ct. 1012, 1016 (2016); *Bynane v. Bank of New York Mellon for CWMBS, Inc. Asset-Backed Certificates Series 2006-24*, 866 F.3d 351, 358 (5th Cir. 2017); *U.S. Bank Tr., N.A. v. Dupre*, 615CV0558LEKTWD, 2016 WL 5107123, at *4 (N.D.N.Y. Sept. 20, 2016) (finding that a Delaware statutory trust "seems precisely like the type [of trust] considered by the Supreme Court in *Americold*"). The sole unit/shareholder of Wal-Mart Real Estate Business Trust is Wal-Mart Property Co. Wal-Mart Property Co. is a corporation formed under the laws of the State of Delaware with its principal place of business in the State of Arkansas. A corporation is "'a citizen

of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business.'" *MidCap Media Fin., L.L.C. v. Pathway Data, Inc.*, 929 F.3d 310, 314 (5th Cir. 2019) (quoting 28 U.S.C. § 1332(c)(1)). Therefore, Wal-Mart Property Co. is a citizen of Delaware and Arkansas. Accordingly, Defendant Wal-Mart Stores Texas, LLC is a citizen of Delaware and Arkansas.

7. No change of citizenship has occurred since commencement of the state court action. Therefore, diversity of citizenship exists among the parties.

## Amount in Controversy

8. The amount in controversy exceeds the sum of $75,000.00. **See Exhibit A, Plaintiff's Original Petition paragraph 6.**

## Venue

9. Venue lies in the Western District of Texas, San Antonio Division, pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because the Plaintiff filed the state court action in this judicial district and division.

## Notice

10. Contemporaneous with the filing of this notice of removal, Defendant will give notice of this filing to all parties of record pursuant to 28 U.S.C. § 1446(d). Defendant will also file with the clerk of the state court and will serve upon Plaintiff's counsel and all other parties" counsel of record, a notice of the filing of this notice of removal.

## Jury Demand

11. Plaintiff demanded a jury trial in the state court action.

### State Court Pleadings

12. Copies of state court pleadings which are referenced within the Notice are attached to this Notice of Removal as **Exhibits A and D.** This case is being removed from the 73rd Judicial District Court of Bexar County, Texas.

### Exhibits to Notice of Removal

13. The following documents are attached to this Notice as correspondingly lettered exhibits:

    A. Plaintiff's Original Petition.
    B. Citation and Affidavit of Service.
    C. Defendant's Original Answer to Plaintiff's Original Petition.
    D. Defendant's Demand for Jury Trial.
    E. Request for Process.
    F. Citation.
    G. Request for Copies.
    H. Register of Actions.
    I. List of Counsel of Record.

WHEREFORE, Defendant, Wal-Mart Stores Texas, LLC, pursuant to the statutes cited herein and in conformity with the requirements set forth in 28 U.S.C. § 1446, removes this action from the 73rd Judicial District Court of Bexar County, Texas.

    Respectfully submitted,

    DAW & RAY
    A LIMITED LIABILITY PARTNERSHIP

    */s/ James K. Floyd*
    James K. Floyd; SBN:24047628
    Email: jfloyd@dawray.com
    Elizabeth W. Yancy; SBN: 24098642
    Email: eyancy@dawray.com
    Dilcia Z. Jones, SBN: 24115588
    Email: djones@dawray.com
    14100 San Pedro Ave., Suite 302
    San Antonio, TX 78232
    (210) 224-3121 Telephone
    (210) 224-3188 Facsimile
    **ATTORNEYS FOR DEFENDANT**
    **WAL-MART STORES TEXAS, LLC**

## CERTIFICATE OF SERVICE

  The undersigned does hereby certify that a true and correct copy of the above and foregoing instrument has been served upon all known counsel of record in accordance with the FRCP on the 14th day of September, 2023.

Paul Garcia
Bryan Puente
**PAUL GARCIA & ASSOCIATES**
6243 WIH-10, Suite 808
San Antonio, Texas 78201
**ATTORNEYS FOR PLAINTIFF**

                */s/ James K. Floyd*
                James K. Floyd